IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 5:17-cv-511-FL |
| v. | ) ) ) | |
| B.B., | ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO SEAL

For the reasons set forth in the Memorandum of Law filed contemporaneously herewith, Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l. (together, "Epic") hereby move this Court under Local Civil Rule 79.2, and in accordance with § V.G.1 of the Court's Policy Manual, for an order to seal Exhibit 1, and accompanying papers, to the Declaration of Christopher M. Thomas.

Respectfully submitted, this 12th day of February, 2018.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

*Attorney for Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **PLAINTIFFS' MOTION TO SEAL** was electronically filed this day with the Clerk of Court and is available to B.B. c/o Christine Brown via PACER. Copies will be served on both B.B. and Christine Brown as soon as we are able to ascertain the address of B.B. and Christine Brown at which point undersigned counsel will file an amended certificate of service.

This the 12th day of February, 2018.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

*Attorney for Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l.*