IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l., <br><br> Plaintiffs, <br><br> v. <br><br> B.B., <br><br> Defendant. | Civil Action No.: 5:17-cv-511-FL |

## CLERK'S DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Defendant B.B. ("Defendant" or "B.B.") is in default for failing to serve a responsive pleading within the time set out under Fed. R. Civ. P. 12(a)(1)(A)(i) in response to Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l.'s Summons and Complaint, which were served on Defendant and his mother, Christine Broom, on January 25, 2018.

Accordingly, default is entered against Defendant.

This 20 day of April, 2018.

By: _____
Peter A. Moore
Clerk of Court