# EXHIBIT A


8.11.2017

# FORTNITE BATTLE ROYALE: CODE OF CONDUCT

By The Fortnite Team

When playing Fortnite Battle Royale we ask you to agree to the following code of conduct:

(TLDR: Respect other players and play fair, simple right?)

1. **Respect other players**. Be graceful in victory and defeat. Discriminatory language, hate speech, threats, spam, and other forms of harassment or illegal behavior will not be tolerated.
2. **Play fairly and within the rules of the game**. Don't cheat, AFK, grief, exploit bugs or glitches, team up in groups larger than the game mode allows (e.g. in solo matches do not work with other players, respectfully eliminate them instead) or impersonate others.
3. **Keep account information safe and private**. Giving access to your account puts you at risk. Do not share your account information or the account information of others.
4. **Good luck and have fun!**

If you see players not respecting the FBR code, please reach out to us in-game via the report a player button or by contacting player support . We will investigate all feedback and take action if or when necessary.

The Fortnite Battle Royale Code is not final and will change over time, make sure you are checking back to stay up to date.

"But, I didn't know…" is not a valid excuse, and honestly a pretty bad one. We're all here to have fun and enjoy the game!

Home | News
Battle Pass | FAQ
Watch | EULA
Get Fortnite | Help

US/CANADA
TEEN · Violence
ESRB

© 2018, Epic Games, Inc. Epic, Epic Games, the Epic Games logo, Fortnite, the Fortnite logo, Unreal, Unreal Engine 4 and UE4 are trademarks or registered trademarks of Epic Games, Inc. in the United States of America and elsewhere. All rights reserved.

Terms of Service | Privacy Policy

Case 5:17-cv-00511-FL   Document 24-1   Filed 06/13/18   Page 2 of 2