IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00511-FL

**FILED**

JUL 3 0 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

EPIC GAMES, INC. AND EPIC GAMES
INTERNATIONAL S.À.R.L.,

    Plaintiffs,

V.

B.B,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**Motion GRANTED.**

This the 30 day of July , 20 18.

/s/Louise W. Flanagan, U.S. District Judge

**MOTION FOR LEAVE TO MANUALLY
FILE NOTICE OF APPEARANCE OF
PAMELA S. CHESTEK AS
GUARDIAN AD LITEM**

By Text Order dated July 26, 2018, the Court ordered the undersigned, Pamela S. Chestek, an attorney licensed to practice law in the state of North Carolina, be appointed to serve as guardian ad litem for defendant minor B.B. in the captioned case and to make an appearance on behalf of B.B by August 3, 2018. The undersigned asks that the Court grant leave to file the appearance manually for two reasons: to ensure that the appearance is as guardian ad litem, not as attorney for the Defendant, and because the undersigned has not yet been trained on the CM/ECF system and no training classes are available before the August 3 deadline. The undersigned has registered for a class being offered on August 15, 2018 and will be able to use the CM/ECF system thereafter.

Respectfully submitted this 30th day of July, 2018.

_____
Pamela S. Chestek
N.C. Bar No. 40963
pamela@chesteklegal.com
200 S. Dawson St. #301 (27601)
P.O. Box 2492
Raleigh, North Carolina 27602-2492
Telephone: (919) 800-8033

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Motion for Leave to Manually File Notice of Appearance of Pamela S. Chestek as Guardian Ad Litem* was filed on this day with the Clerk of Court by delivering a copy to the Clerk of Court and a true and accurate copy will be hand delivered to the following:

Christopher M. Thomas
Tasneem A. Dharamsi
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389

This 30th day of July, 2018.

_____
Pamela S. Chestek
N.C. Bar No. 40963
pamela@chesteklegal.com
200 S. Dawson St. #301 (27601)
P.O. Box 2492
Raleigh, North Carolina 27602-2492
Telephone: (919) 800-8033