IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00511-FL

EPIC GAMES, INC. AND EPIC GAMES
INTERNATIONAL S.À.R.L.,

    Plaintiffs,

V.

B.B,

    Defendant.

**NOTICE OF APPEARANCE AS GUARDIAN AD LITEM**

Pamela S. Chestek, of the law firm Chestek Legal, a member in good standing of the North Carolina Bar and admitted to practice before this Court, hereby enters her appearance as guardian ad litem on behalf of Defendant B.B. By this Notice of Appearance as Guardian Ad Litem, the undersigned requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This 30th day of July, 2018.

Pamela S. Chestek
N.C. Bar No. 40963
pamela@chesteklegal.com
200 S. Dawson St. #301 (27601)
P.O. Box 2492
Raleigh, North Carolina 27602-2492
Telephone: (919) 800-8033

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Notice of Appearance as Guardian Ad Litem* was filed on this day with the Clerk of Court by delivering a copy to the Clerk of Court and a true and accurate copy will be hand delivered to the following:

> Christopher M. Thomas
> Tasneem A. Dharamsi
> 301 Fayetteville Street, Suite 1400 (27601)
> P.O. Box 389
> Raleigh, North Carolina 27602-0389

This 30th day of July, 2018.

Pamela S. Chestek
N.C. Bar No. 40963
pamela@chesteklegal.com
200 S. Dawson St. #301 (27601)
P.O. Box 2492
Raleigh, North Carolina 27602-2492
Telephone: (919) 800-8033