IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 5:17-cv-511-FL |
| v. | ) ) ) | |
| B.B., | ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO SEAL

For the reasons set forth in the Memorandum of Law filed contemporaneously herewith, Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l. (together, "Plaintiffs") hereby move this Court under Local Civil Rule 79.2, and in accordance with § V.G.1 of the Court's Policy Manual, for an order to seal Plaintiffs' Declaration of Service.

Respectfully submitted, this 15th day of August, 2018.

        **PARKER POE ADAMS & BERNSTEIN LLP**

        /s/Christopher M. Thomas
        Christopher M. Thomas
        N.C. Bar No. 31834
        christhomas@parkerpoe.com
        PNC Plaza
        301 Fayetteville Street, Suite 1400 (27601)
        P.O. Box 389
        Raleigh, North Carolina 27602-0389
        Telephone: (919) 835-4626
        Facsimile: (919) 834-4564

        *Attorney for Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **PLAINTIFFS' MOTION TO SEAL** was electronically filed this day with the Clerk of Court using the CM/ECF system, and that a true and accurate copy will be mailed, in accordance with Rule 5 of the Federal Rules of Civil Procedure:

> B.B.
> c/o Christine Broom
> 15 Sudbury Drive, Unit 1
> Chatham, Ontario

Copies are also to be served by email on Christine Broom at <chrissybroom32@gmail.com> and on B.B.'s Court-appointed guardian ad litem, Pamela S. Chestek, at <pamela@chesteklegal.com>.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:     (919) 835-4626
Facsimile:     (919) 834-4564

*Attorney for Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l.*

2

PPAB 4101556v1
Case 5:17-cv-00511-FL   Document 40   Filed 08/15/18   Page 2 of 3

| | | |
|---|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 5:17-cv-511-FL |
| v. | ) ) ) | |
| B.B., | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

This matter is before the Court on the Plaintiffs' Motion to Seal. Having considered the arguments set forth in the Memorandum of Law filed by Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l., the Court hereby grants the Motion to Seal. Accordingly, Plaintiffs' Declaration of Service shall remain under seal.

This \_\_\_\_ day of _____, 2018.

_____
Louise Wood Flanagan
United States District Court Judge