IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l.,<br><br>Plaintiffs,<br>v.<br><br>B. B., by his Guardian ad Litem, PAMELA S. CHESTEK,<br><br>Defendant. | Civil Action No.: 5:17-cv-00511-FL |

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO SEAL**

This matter is before the Court on the Plaintiffs' Consent Motion to Seal. Having considered the arguments set forth in the Memorandum of Law filed by Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l., the Court hereby GRANTS Plaintiffs' Motion to Seal and ORDERS THAT (i) Plaintiffs' Motion for Entry of Order of Approval; (ii) the Order of Approval; (iii) the Settlement Agreement (which is Exhibit A to the Order of Approval); and (iv) the Memorandum in Support of Motion for Entry of Order of Approval, shall remain under seal.

This 13th day of September, 2018.

_____
Louise Wood Flanagan
United States District Court Judge

PPAB 4424099v3