IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )     Civil Action No.: 5:17-cv-511-FL |
| v. | )<br>)<br>) |
| B.B., | )<br>) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

This matter is before the Court on the Plaintiffs' Motion to Seal. Having considered the arguments set forth in the Memorandum of Law filed by Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l., the Court hereby grants the Motion to Seal. Accordingly, Plaintiffs' Declaration of Service shall remain under seal.

This 13th day of September, 2018.

_____
Louise Wood Flanagan
United States District Court Judge