IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC. and EPIC GAMES INTERNATIONAL S.à.r.l., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 5:17-cv-00511-FL |
| B. B., by his Guardian ad Litem, PAMELA S. CHESTEK, | )<br>)<br>) |
| Defendant. | )<br>) |

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Epic Games, Inc. and Epic Games International, S.à.r.l., by and through their attorneys, hereby give notice of the settlement and dismissal of this action with prejudice.

This the 17th day of September, 2018.

                                                                      **PARKER POE ADAMS & BERNSTEIN LLP**

                                                                      /s/Christopher M. Thomas
                                                                       Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Tasneem D. Delphry
N.C. Bar No. 47697
tasneemdelphry@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL** was electronically filed this day with the Clerk of Court using the CM/ECF system addressed to the following: Pamela S. Chestek As Guardian Ad Litem for B.B., who has consented to accept service on behalf of Defendant B.B.

This the 17th day of September, 2018.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Tasneem D. Delphry
N.C. Bar No. 47697
tasneemdelphry@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:     (919) 835-4626
Facsimile:     (919) 834-4564

*Attorneys for Plaintiffs*